IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,               No. CR S-06-0258 KJM DAD P

   vs.

PEGGY KAYE WITTS,

    Movant.                 <u>ORDER</u>

                             /

       Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside or correct her sentence under 28 U.S.C. § 2255. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

       On June 4, 2012, the magistrate judge filed findings and recommendations, which were served on all parties and contained notice that any objections to the findings and recommendations were to be filed within twenty-one days. Neither party has filed objections to the findings and recommendations.

       The court presumes that any findings of fact are correct. *See Orand v. United States,* 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir.

1

1983). Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 4, 2012, are adopted in full.

2. The motion to vacate, set aside, or correct sentence under 28 U.S.C.§ 2255 is dismissed for movant's failure to keep the court apprised of her current address.

3. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

4. The Clerk of the Court is directed to close the companion civil case, No. CIV S-09-3613 KJM DAD P.

DATED: July 13, 2012.

_____
UNITED STATES DISTRICT JUDGE